NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BERNARD D. WILSON,       )
                          )
          Appellant,      )
                          )
v.                        )        Case No. 2D18-4244
                          )
STATE OF FLORIDA,         )
                          )
          Appellee.       )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher C.
Sabella, Judge.


PER CURIAM.


        Affirmed.  See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Enriquez v.

State, 885 So. 2d 892 (Fla. 3d DCA 2004).


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.